In the Matter of RICHARD TINYES, Appellant, v STATE OF NEW YORK, Respondent. [918 NYS2d 898]—

The Court of Claims providently exercised its discretion in denying the claimant's petition for leave to file a late claim. Upon weighing the statutory factors set forth in Court of Claims Act § 10 (6) (*see Edens v State of New York*, 259 AD2d 729, 730 [1999]; *Holly v State of New York*, 191 AD2d 678 [1993]), the Court of Claims properly determined that the claimant failed to come forth with a reasonable excuse for his failure to file a timely claim and failed to demonstrate that his claim was potentially meritorious. Dillon, J.P., Leventhal, Belen, Austin and Cohen, JJ., concur.